UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

WILLIE J. HARRIS,

                  Plaintiff,                  Case No. 1:15-cv-550

v.                                         Honorable Paul L. Maloney

UNKNOWN SCOTT et al.,

                  Defendants.

_____/

## ORDER FOR PARTIAL DISMISSAL
## and PARTIAL SERVICE

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against is DISMISSED WITH PREJUDICE for

failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A,

and 42 U.S.C. § 1997e(c), except for Plaintiff's retaliation claim against Defendants Haynes and Scott.

IT IS FURTHER ORDERED that the Clerk shall forward the amended complaint (ECF

No. 6) to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to

Defendants Haynes and Scott in the manner prescribed by Fed. R. Civ. P. 4(d)(2). If waiver of service

is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28

U.S.C. § 1915(d).

IT IS FURTHER ORDERED that Defendants Haynes and Scott shall file an appearance

of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service

or, in the case of a waiver of service, 60 days after the waiver of service was sent. Until so ordered by the

Court, no Defendant is required to file an answer or motion in response to the complaint, and no default

will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1). After a Defendant has filed an

appearance, proceedings in this case will be governed by the Court's Standard Case Management Order

in a Prisoner Civil Rights Case.


Dated: __November 30, 2015__          __/s/ Paul L. Maloney_____
                                      Paul L. Maloney
                                      United States District Judge