UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE J. HARRIS,

    Plaintiff,    Case No. 1:15-cv-550

v.    Honorable Paul L. Maloney

UNKNOWN SCOTT et al.,

    Defendants.
_____/

## AMENDED ORDER FOR PARTIAL DISMISSAL and PARTIAL SERVICE

In accordance with the Opinion filed (EFC No. 8):

IT IS ORDERED that Plaintiff's action is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c), except for Plaintiff's retaliation claim against Defendants Haynes and Scott.

IT IS FURTHER ORDERED that the Clerk shall forward the amended complaint (ECF No. 6) to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Defendants Haynes and Scott in the manner prescribed by Fed. R. Civ. P. 4(d)(2). If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

IT IS FURTHER ORDERED that Defendants Haynes and Scott shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service

or, in the case of a waiver of service, 60 days after the waiver of service was sent. Until so ordered by the Court, no Defendant is required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1). After a Defendant has filed an appearance, proceedings in this case will be governed by the Court's Standard Case Management Order in a Prisoner Civil Rights Case.


Dated: December 1, 2015             /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge