UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE J. HARRIS,

        Plaintiff,

                                              Case No.: 1:15-cv-550

v.

                                              HONORABLE PAUL L. MALONEY

AMY SCOTT, et al.,

        Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 33). The Report and Recommendation was duly served on the parties. No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        **THEREFORE, IT IS ORDERED** that defendants' motion for summary judgment (ECF No. 17) is **DENIED**.

Dated:  August 23, 2016                  /s/ Paul L. Maloney_____
                                         Paul L. Maloney
                                         United States District Judge