UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| WILLIE J. HARRIS, # 292201, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-cv-550 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| AMY SCOTT, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

On accordance with the accompanying Memorandum Opinion,

IT IS ORDERED that defendants' motion for summary judgment (ECF No. 73) is GRANTED and judgment is hereby entered in defendants' favor on all plaintiff's claims.


Dated: September 21, 2017         /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge